### HARTFORD COUNTY, ADJOURNED SUPERIOR COURT, NOVEMBER, A. D. 1785.

PRENTICE v. PHILLIPS.

Action of debt on book lies for money paid on a note that has not been applied.

ACTION of book-debt. Plea owe nothing. Issue to the jury.

The plaintiff's book consisted of a charge for £200 hard money paid to the daughter of the defendant in May A. D. 1776, on account of a note, in favor of said Phillips, which had not been applied.

The defendant objected against said book being given to the jury, and also against the plaintiff's being admitted to swear to it; as it would be the same in effect as admitting the plaintiff to swear to a payment made of that sum upon his note — the court ruled the objections to be insufficient, and the plaintiff was admitted and sworn to his book, and recovered the demand.